# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES J. SPINELLI<br><br>Defendant. | Criminal Action No.: 09-cr-503-JLL-01<br><br>**ORDER** |

    The Court has received and reviewed Defendant, Charles J. Spinelli's letter motion [docket entry #3] to modify the condition of supervised release which restricts him from having contact with any known felons. After consideration of Defendant's request and the Government's response to this Court dated December 22, 2009 [docket entry #4], it is hereby ordered that Defendant, Charles J. Spinelli's request is denied without prejudice. Defendant may refile said request once he obtains the specific name of the program or person that defendant intends to volunteer or work at including the address and contact information. If Defendant does refile he shall provide the Court with a written statement from the correctional institution or program he intends to work or volunteer at indicating that if the restriction of supervised release is lifted by the Court, the defendant would be accepted to volunteer or work in said correctional facility or program.

Dated: January 14th, 2010

                                                        JOSE L. LINARES,
                                                        UNITED STATES DISTRICT JUDGE